# COMPLAINT

**(for non-prisoner filers without lawyers)**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

NOV 13 P 3:04
CLERK OF COURT

(Full name of plaintiff(s))

Mark John Benzing

26-C 2114

v.

Case Number:

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Wells Fargo Bank, N.A.

Minneapolis Minnesota 55480-1133

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at 3003 W. Vliet St. Milwaukee (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Wells Fargo Bank, N.A. (Name)

is (if a person or private corporation) a citizen of Minnesota
(State, if known)

and (if a person) resides at P.O. Box 1133 Minneapolis
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Wells Fargo Bank, N.A.420MontgomerySt.SanFransico. CA 94104
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The defendants credit department in connection with a credit card application I submited for the Wells Fargo Banks Reflect credit card. In a letter I recieved dated November 10th 2025, from Wells Fargo Bank, N.A. credit department located in Minneapolis Minn.I was informed that if I didn't call the afformentioned Wells Fargo Banks s credit department before12/05/25. That the afformentioned credit department would decline my application Because for the resson listed on the previous mentioned letter. The reason listed my ide -ntity can't be verified"The letter also stated that the reason (which was under a heading "about are credit decision and your consumer report") Our decision to request this inforn ation was based in whole or in part on information consumer credt report. (see exhibit 1 attached). The defendant's afformentioned actionswere done in violation of the following

the U.S.Federal statutes along relavent US Federal for violations 12 USCA, sec 5531 15 USCA sec.1681n, 15 USCA sec.1681o, 15 USCA sec.1611. Since the defendant aw- credit card some years before the defendants credit department sent the plaintiff the let- ter dated 11/10/2025 mentined earlier. Also, the afformentioned credit card that the plai- ntiff was awarded from the defendant; account number 5774422533968086 was open and communications with defendant and plaintiff were ongoing.I informed the defendant 's credit department during my phone call to the defendant's credit department per the letter I recieved dated 11/10/2025 and again with a letter along documents of past mon -thly statments of my credit card account with the defendant(see attached credit card and copies of monthly statements. Defendant never replied to the plaintiff about the letter dated May 12th 2026 with monthly statements, providing proof a credit card awarded to the plaintiff from the defendant's credt department. Even though it provided the indentity verification the defendants had based it decision on to denie my application for the defendant's reflex credit card. The plaintif believes the defendant's actionviolated other US Federl laws and should be heald responsible for it's actions taken against the plaintiff.

A matter of fact when the plaintiff submitted his credit card aplication to the defendant, (before reciving a letter from the defedant dated November 10, 2026). The plaintiff subm -itted the credit card application with his social security number. All credit card issuing companies and banks utilize the credit card applicants social security number for the pu ose, of identifing the credit card applicant identity.On every occasion I wasn't allowed to submit a request for credit card application without my social securty number accompa-i ning it.The decision made from the defendant in the letterdated11/10/25was Fabricatied Further more the plaintiff had an existing credit card account with the defendant until 12/ 2025. When at that timethe defendant closed the existing account(account number 5774 422533968086) that the defendant could have utilized for a second source of verifing the plaintiffs identaty(see attached copies of the previously mentioned credit card acco- unt related documents ending in 8086, presented the plaintiff from the defendant startin -g around when the account was opened with defendant around 12/2021)

The defendant never informed the defendant of its reason for closing the credit card acc ending in 8086. It wasn't delinquent in fact when it was closed no money was owed to defendant.

The defendant had materialized some reason for harrassing, ackting fruadulent manner to knowing subject the plaintiff to mental and emotinal stress, without any reasonalbe reason and just cause.[see 12 USCS sec. 21 et seq] Judicial determination of the legal consequences flowing from unlawfull acts ~~by~~ of the National Bank act.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

28 U.S.C. seq. [illegible] 1357 | 12 USCS sec. 2[illegible] et seq | Federal Tort claims act

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $______________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Because of the wanton conduct,conduct knowingly intentional interference malice unlaw and oppresive conduct from the defendant.. Violations of the National Bank act of the United States.Along with Federal Tort claims. Reistatment of both credit cards he was denid. Along with a monetary settlement for the mental and emotional stress, harra-ment and unlawful fraudulent, bad faith oppresive displayed from the defendant against the plaintiff.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 13 day of November 20 66.

Respectfully Submitted,

Mark Benzing

Signature of Plaintiff

414-7637041

Plaintiff's Telephone Number

markbenzing@hotmail.com

Plaintiff's Email Address

3003 W. Vliet St. Milwaukee Wisconsin

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.